IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:92 CR 27-01 WHR |
| Victor M. Cruz | ) | |
| | ) | |

## ORDER CANCELLING WARRANT AND TERMINATING SUPERVISED RELEASE

On July 28, 1994, the above named completed his 33 month term of imprisonment and began his 5 year term of supervised release. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered the warrant in this case be cancelled and the term of supervised release is terminated.

Dated this 9th day of august, 2012

Walter Herbert Rice

United States District Judge